IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES HARDY,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| **THEODORE JOHNSON** *et al.*, | : | |
| *Defendants* | : | No. 22-4419 |

## ORDER

AND NOW, this 30th day of October, 2023, upon consideration of the Department of Corrections Defendants' Motions to Dismiss (Doc. No. 9 and Doc. No. 15), the Parole Board Officials Defendants' Motion to Dismiss (Doc. No. 11 and Doc. No. 14), all responses and replies thereto, the oral argument held on June 21, 2023, and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. The Motions to Dismiss the Complaint (Doc. No. 9 and Doc. No. 10) are **DEEMED MOOT.**

2. The Motions to Dismiss the Amended Complaint (Doc. No. 14 and Doc. No. 15) are **GRANTED.**

3. Mr. Hardy's Amended Complaint is **DISMISSED WITHOUT PREJUDICE.**

4. Mr. Hardy may file a Second Amended Complaint within fourteen (14) days of this Order. Defendants may file a renewed motion to dismiss or answer within twenty-one days (21) days thereafter.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE